UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE FRED BRADY,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN CANDELARIA, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06351-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Plaintiff, Willie Fred Brady ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 12, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On June 23, 2005, plaintiff was reserved with the Findings and Recommendations. To date, the parties have not filed

1  objections thereto.[1]

2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.

7      Accordingly, IT IS HEREBY ORDERED that:

8      1.  The Findings and Recommendations, filed May 12, 2005,
9  are ADOPTED in full; and

10      2.  This action is DISMISSED in its entirety.

11      IT IS SO ORDERED.

12  **Dated:  August 3, 2005**          **/s/ Robert E. Coyle**
    668554                               UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order served on plaintiff on May 20, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - CDC Number Does Not Match.  However, plaintiff has not notified the court of any change in his address (and/or CDC number).  Absent such notice, service at a party's prior address (and/or CDC number) is fully effective.  <u>See</u> Local Rule 83-182(f).

2